C:\Temp\notesE1EF34\2826-001.Req-Ent-Stip-Jgmt01-PJ.doc

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MAGIE MALARO, M.D., | Case No. **2:09-cv-03578-FMC-PJWx** |
| Plaintiff, | [Complaint filed: May 20, 2009] |
| vs. | JUDGMENT IN FAVOR OF PLAINTIFF (PROPOSED) |
| CONVERSATIONAL COMPUTING CORPORATION, DBA CONVERSAY, a Washington State Corporation, | |
| Defendant(s). | |

Pursuant to the Stipulation for Entry of Judgment signed by the parties in the above-captioned matter,

IT IS ORDERED that judgment is hereby entered in favor of Plaintiff Magie Malaro and against Defendant Conversational Computing Corporation dba Conversay in the amount of ninety-five thousand dollars ($95,000.00).

IT IS SO ORDERED.

Date:  November 13, 2009

_____
Hon. Florence-Marie Cooper

1
_____
JUDGMENT IN FAVOR OF PLAINTIFF (PROPOSED)